AO 132 (Rev. 5/85) Exemplification Certificate

FILED
08 JUL 23 PM 2:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# United States District Court

_____ DISTRICT OF _____

## EXEMPLIFICATION CERTIFICATE

I, __WILLIAM T. WALSH_____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Default Judgment

'08 MC 0400

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __NEWARK__ on __6/30/08__
City                                                                                          Date

__WILLIAM T. WALSH__          __Jane DelleMonache__
Clerk                                    (By) Deputy Clerk  /s/ Jane DelleMonache

I, __DENNIS M. CAVANAUGH_____, a Judicial Officer of this Court, certify that __WILLIAM T. WALSH_____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__30 June 2008__
Date

/s/ Dennis M. Cavanaugh
Signature of Judicial Officer

__Dennis M. Cavanaugh__
Title        U.S. District Judge

I, __WILLIAM T. WALSH_____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __DENNIS M. CAVANAUGH_____,
Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at _____
__NEWARK__ in this State, on __6/30/08__
City                                              Date

__WILLIAM T. WALSH__          __Jane DelleMonache__
Clerk                                    (By) Deputy Clerk  /s/ Jane DelleMonache

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------x
F.C.V., INC., individually and as a representative
of all others similarly situated,

                         **DEFAULT JUDGMENT**

          Plaintiff,                Case NO. 04-CV-05035-DMC-MF

   -against-

STERLING NATIONAL BANK.

         Defendant.
------------------------------x

      WHEREAS This class action was settled pursuant to a Settlement Agreement dated January 20, 2006 (the "Settlement"), and

      WHEREAS Eskeland & Ettafagh Dental Corp. and Steven Eskeland and Farshad Ettefagh are members of the class in the class action, and

      WHEREAS Eskeland & Ettafagh Dental Corp. and Steven Eskeland and Farshad Ettefagh did not opt out of the Settlement, and

      WHEREAS the Court entered a Final Judgment and Order approving the Settlement binding upon all members of the class not opting out of the Settlement, and

      WHEREAS paragraph numbered "11(d)" of the Settlement authorized entry of default judgment against those class members who defaulted in their obligations under the Settlement, and

      WHEREAS, Sterling National Bank has submitted an affidavit establishing the defaults of Eskeland & Ettafagh Dental Corp. and Steven Eskeland and Farshad Ettefagh.

      IT IS, on motion of Sterling National Bank

      **ORDERED, ADJUDGED AND DECREED**: that Sterling National Bank have

judgment against the plaintiffs, Eskeland & Ettafagh Dental Corp. and Steven Eskeland and Farshad Ettefagh, in the total amount of $29,502.60, that said judgment continue to accrue interest at the rate provided by statute until paid, and that Sterling National Bank may have execution therefrom.

Dated: Newark, New Jersey
       February 28, 2007

*[signature]*

**United States District Court Judge**
Dennis M. Cavanaugh
U.S. District Judge

Certified as a true copy on
This Date: 6-30-08
By *[signature]*
( ) Clerk
(X) Deputy

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 153280      - TC

         July 23, 2008
           15:02:20


            Misc. Case
    USAO #.: 08MC0400
    Amount.:              $39.00 CK
    Check#.: BC038038



       Total->   $39.00


    FROM: MISC CASE FILING
```